# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DISTRICT

| | |
|---|---|
| GAIL SMITH, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHEASTERN PIZZA PEOPLE, INC. d/b/a "Domino's Pizza" and JOHN E. RIDGE,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 7:19-cv-00105-FL |

## ORDER GRANTING JOINT MOTION TO STAY PENDING MEDIATION

The Parties having agreed pursuant to the Joint Motion to Stay Pending Mediation for purposes of pursuing settlement and other good cause appearing:

**IT IS HEREBY ORDERED** that this litigation is **STAYED** for 120 days;

**IT IS FURTHER ORDERED** that all further agreements between the Parties set forth in the Joint Motion to Stay Pending Mediation are **APPROVED** and it is **ORDERED** that the Parties shall adhere thereto, subject to further order of the Court.

Dated this the 27th day of September, 2019.

_____
The Honorable Louise Wood Flanagan
United States District Judge