IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:19-cv-00105-FL

| | |
|---|---|
| **GAIL SMITH,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**SOUTHEASTERN PIZZA PEOPLE, INC.,** d/b/a "Domino's Pizza" and **JOHN E. RIDGE,**<br><br>Defendants. | **ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT** |

Pending before this Court is the Parties' Joint Motion for Final Approval of Settlement ("Motion"). For the reasons set forth in the Motion, the Court finds that good cause exists for approving the settlement and granting the related relief therein. Accordingly, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED**:

(1) the below class is **CERTIFIED** for settlement purposes only and pursuant to Federal Rule of Civil Procedure 23 and Section 216(b) of the Fair Labor Standards Act ("FLSA"):

> All delivery drivers who worked for Defendant Southeastern Pizza People, Inc. from June 11, 2016, through April 30, 2020;

(2) final approval of the Settlement Agreement is **GRANTED**;

(3) distribution of the Net Settlement Fund, as defined in the Settlement Agreement, to the Plaintiff and Authorized Claimants is **APPROVED**;

(4) a participation award payment in the amount of $5,000.00 to Gail Smith is **APPROVED**;

(5) payment of the actual costs of the Settlement Claims Administrator and

Plaintiff's Counsel in an amount not to exceed $15,000.00 is **APPROVED**;

(6) attorneys' fees to Class Counsel in the amount that is equivalent to 30% of the Total Settlement Amount is **APPROVED**; and

(7) a judgment dismissing this case with prejudice in accordance with the terms of the Agreement will be **ENTERED** following this Order..

Signed on this 25th day of August 2020.

*[signature]*
UNITED STATES DISTRICT JUDGE