IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GAIL SMITH, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEASTERN PIZZA PEOPLE, INC., d/b/a "Domino's Pizza" and JOHN E. RIDGE,<br><br>Defendants. | Case No. 7:19-cv-00105-FL<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS** |

Having considered Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs, and the arguments in support of the same, the Court hereby GRANTS the motion and enters an Order approving a fee award to Class Counsel and recovery of their actual costs incurred to date, in the amounts set forth in Plaintiff's Unopposed Motion for Approval of Attorney's Fees and Costs.

SO ORDERED this 28th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE