UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

GAIL SMITH, *individually and on behalf* )
*of similarly situated persons* )
                Plaintiff, )
                             )
v. )        **JUDGMENT**
                             )
                             )     No. 7:19-CV-105-FL
SOUTHEASTERN PIZZA PEOPLE, INC., )
*d/b/a Domino's Pizza* and JOHN RIDGE )
               Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, on the parties' joint motion for settlement approval and plaintiff's motion for attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the orders entered on August 28, 2020, that distribution of the Net Settlement Fund, as defined in the Settlement Agreement, to the Plaintiff and Authorized Claimants is APPROVED. A participation award payment in the amount of $5,000.00 to Gail Smith is APPROVED. Payment of the actual costs of the Settlement Claims Administrator and Plaintiff's Counsel in an amount not to exceed $15,000.00 is APPROVED. Attorneys' fees to Class Counsel in the amount that is equivalent to 30% of the Total Settlement Amount is APPROVED**.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's counsel shall be paid $157,500 in attorney fees and $5,166.75 in costs.

**This Judgment Filed and Entered on August 28, 2020, and Copies To:**

Jesse H. Forester / Jacob J. Modla  (via CM/ECF Notice of Electronic Filing)
John Hagood Tighe / Kathleen McLeod Caminiti    (via CM/ECF Notice of Electronic Filing )

August 28, 2020             PETER A. MOORE, JR., CLERK
                              /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk